B2500A (12/15)



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of:<br>Stacey M. Harris fdba Midnight Alley Cat<br>　　　　Debtor(s) | Case No. 17–31608 |
| | Chapter 7 |
| A. Burton Shuford, Trustee in Bankruptcy for Stacey M. Harris<br>　　　　Plaintiff(s)<br>　　v.<br>Gregory Maurice Perry<br>　　　　Defendant(s) | Adv. Proc. No. 18–03046 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

　　Steven T. Salata, Clerk
　　U.S. BANKRUPTCY COURT
　　401 West Trade Street
　　Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

　　A. Burton Shuford
　　4700 Lebanon Road,
　　Suite #A–2
　　Mint Hill, NC 28227

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 10/15/2018　　　　　　　　s/　Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Bankruptcy Court*

Electronically filed and signed

**CERTIFICATION OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made on _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:


☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence service: By leaving the process with the following adult at:


☐ Publication: The defendant was served as follows: (Describe briefly)


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____
            Print Name :            _____
            Business Address :      _____
                                    _____